# Exhibit A

**(Immediately Follows This Page)**

23-11832-lgb    Doc 11-1    Filed 11/30/23    Entered 11/30/23 15:15:55    Exhibit A_Deed
Pg 1 of 14

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER |  |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | 2013050100425001001E27B8 |

### RECORDING AND ENDORSEMENT COVER PAGE          PAGE 1 OF 7

**Document ID:** 2013050100425001   **Document Date:** 04-29-2013   **Preparation Date:** 05-01-2013
**Document Type:** DEED
**Document Page Count:** 6

| PRESENTER: | RETURN TO: |
|---|---|
| PICK-UP BY GAIL SULLIVAN<br>STEWART TITLE INSURANCE COMPANY<br>707 WESTCHESTER AVENUE, SUITE 411<br>WHITE PLAINS, NY 10604<br>914-993-9393<br>nymetrorecordings@stewart.com/1316611 | BENJAMIN KURSMAN, ESQ.<br>37 WEST 65TH STREET, 2ND FLOOR<br>NEW YORK, NY 10023 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2170 | 62 | Entire Lot | 4452 BROADWAY |

**Property Type:** RETAIL BUILDING

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2170 | 400 | Entire Lot | 44 FAIRVIEW AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel ___ Page _____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| KIMSL 4452 BROADWAY LLC<br>C/O KIMCO REALTY CORPORATION, 3333 HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK, NY 11042 | 4452 BROADWAY MAZAL LLC<br>347 FIFTH AVENUE, SUITE 1303<br>NEW YORK, NY 10016 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 191,625.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 29,200.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 70.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed        05-07-2013 13:32
City Register File No.(CRFN):
               2013000183309

*City Register Official Signature*

| NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER | |
|---|---|
| This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br>2013050100425001001E27B8 |

## RECORDING AND ENDORSEMENT COVER PAGE   PAGE 1 OF 7

**Document ID:** 2013050100425001   **Document Date:** 04-29-2013   **Preparation Date:** 05-01-2013
**Document Type:** DEED
**Document Page Count:** 6

| PRESENTER: | RETURN TO: |
|---|---|
| PICK-UP BY GAIL SULLIVAN<br>STEWART TITLE INSURANCE COMPANY<br>707 WESTCHESTER AVENUE, SUITE 411<br>WHITE PLAINS, NY 10604<br>914-993-9393<br>nymetrorecordings@stewart.com/1316611 | BENJAMIN KURSMAN, ESQ.<br>37 WEST 65TH STREET, 2ND FLOOR<br>NEW YORK, NY 10023 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2170 | 62  Entire Lot | | 4452 BROADWAY |

**Property Type:** RETAIL BUILDING

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 2170 | 400  Entire Lot | | 44 FAIRVIEW AVENUE |

**Property Type:** COMMERCIAL REAL ESTATE

### CROSS REFERENCE DATA

CRFN_____ or Document ID_____ or _____ Year_____ Reel ___ Page ____ or File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| KIMSL 4452 BROADWAY LLC<br>C/O KIMCO REALTY CORPORATION, 3333 HYDE PARK ROAD, SUITE 100<br>NEW HYDE PARK, NY 11042 | 4452 BROADWAY MAZAL LLC<br>347 FIFTH AVENUE, SUITE 1303<br>NEW YORK, NY 10016 |

### FEES AND TAXES

| Mortgage | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 250.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 191,625.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 29,200.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 70.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK

Recorded/Filed          05-07-2013 13:32
City Register File No.(CRFN):
2013000183309

*City Register Official Signature*

131611

STEWART TITLE INSURANCE COMPANY
707 Westchester Avenue, Suite 411
White Plains, NY 10604

# BARGAIN and SALE DEED

### KIMSL 4452 BROADWAY, LLC

### TO

### 4452 BROADWAY MAZAL LLC

Dated: as of April 29, 2013

Block:     2170
Lot(s):    62 and 400
County:    New York

### Record and Return To:

Benjamin Kursman, Esq.
Law Offices of Benjamin F. Kursman
37 West 65th Street, 2nd Floor
New York, NY 10023

C:\Users\AS\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\TKDDI5AF\Bargain and Sale Deed without Covenant.doc

THIS INDENTURE, made as of the 29 day of April, two thousand and thirteen.

BETWEEN **KIMSL 4452 BROADWAY, LLC**, a Delaware limited liability company, having a place of business c/o Kimco Realty Corporation, 3333 Hyde Park Road, Suite 100, New Hyde Park, New York 11042, party of the first part, and **4452 BROADWAY MAZAL LLC,** a Delaware limited liability company having an address at c/o HAP Investments LLC, 347 Fifth Avenue, Suite 1303, New York, New York 10016, party of the second part;

**WITNESSETH**, that the party of the first part in consideration of the sum of Ten Dollars ($10.00), and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the County, City and State of New York and more particularly bounded and described in Schedule A annexed hereto and made a part hereof, (the "Premises").

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described Premises to the center lines thereof;

**TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said Premises;

**TO HAVE AND TO HOLD** the Premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

**AND** the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the prepayment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the same of this indenture so requires.

**BEING** the same premises conveyed to the party of the first part herein by deed dated as of August 15, 2007 and recorded in the office of the City Register of City of New York on October 4, 2007 in CRFN 2007000507270.

C:\Users\AS\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\TKDDI5AF\Bargain and Sale Deed without Covenant.doc

4 of 13                                                                                                                                                                                  11/26/2023, 10:56 AM

**IN WITNESS WHEREOF**, the party of the first part has duly executed this deed the day and year first above written.

        **KIMSL 4452 BROADWAY, LLC**, a Delaware limited liability company

        By: Kimco/Slane JV, LLC, its sole member

          By: KIMSL Investor, Inc., its managing member

          By: _[signature]_
          Name: Scott Gerber
          Title: Vice President

**In Presence of:**

_[signature]_

C:\Users\tclausey\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\R2TJS0TR\Bargain and Sale Deed without Covenant.doc    3

5 of 13                                                                                                                 11/26/2023, 10:56 AM

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

On the 23rd day of April, 2013, before me, the undersigned, personally appeared Scott Gerber, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public

TERESA CICCHETTI
Notary Public, State of New York
No. 01CI4971574, Suffolk County
Commission Expires Sept. 4, 2014

[SEAL]

## Schedule A

**PROPERTY DESCRIPTION**

PARCEL I

ALL that certain plot, piece or parcel of land, situated, lying and being in the Borough of Manhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the Easterly side of Broadway as legally opened and the Southerly side of Fairview as vested in the City of New York;

RUNNING THENCE southerly along said Easterly side of Broadway 74.51 feet to the Southerly lot line of land conveyed to the City Real Estate Co. by Emil Bloch by deed recorded August in the Register of the County of N.Y. in Liber 16, Sec. 8 at cp. 271;

THENCE Easterly along the Southerly line of land so conveyed as of aforesaid 100.31 feet to a point in a line drawn parallel with said Easterly side of Broadway distant 100 feet Easterly therefrom measured on a line drawn at right angles thereto;

THENCE Northerly parallel with the Easterly side of Broadway, 85.86 feet to said Southerly side of Fairview Avenue;

THENCE Westerly along said southerly side of Fairview Avenue 100.29 feet to the point or place of BEGINNING.

PARCEL II

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough of Manhattan, City and State of New York designated on the Tax Map of the City of New York, for the Borough of Manhattan as Section 8, Block 2170, Lot 400 and bounded and described as follows:

BEGINNING at a point on the Southerly side of Fairview Ave., 100.30 feet Easterly from the Southeasterly corner of Fairview and Broadway measured along the Southerly side of Fairview Ave.;

THENCE Northeasterly along the Southerly and Southeasterly side of Fairview Ave. as said Avenue curves and turns, 202 feet 5-3/4 inches;

THENCE Southerly on a line forming an angle on its westerly side 28 degrees 12 feet 35 inches with the last mentioned course 242 feet 6-3/4 inches to the Southerly line of land formerly of the City Real Estate Co.;

THENCE Westerly 103.305 feet to a point distant 100.3 feet from the Easterly side of Broadway

C:\Users\AS\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\TKDDI5AF\Bargain and Sale Deed without Covenant.doc        5

7 of 13        11/26/2023, 10:56 AM

as measured along the Southerly side of land formerly of City Real Estate Co.;

THENCE Northerly parallel with the Easterly side of Broadway, 85.86 feet to the Southerly side of Fairview Ave., at the point or place of BEGINNING.

EXCEPTING and RESERVING so much of the above premises as has been taken by the City of New York.

C:\Users\AS\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.IE5\TKDDI5AF\Bargain and Sale Deed without Covenant.doc    6

8 of 13    11/26/2023, 10:56 AM

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2013050100425001001SE939

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID:** 2013050100425001    Document Date: 04-29-2013    Preparation Date: 05-01-2013
**Document Type:** DEED

**ASSOCIATED TAX FORM ID:** 2013041200104

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 2 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 2 |

26

## CITY REGISTER

**REAL PROPERTY TRANSFER REPORT**
STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES
**RP - 5217NYC**

**FOR CITY USE ONLY**
- C1. County Code
- C2. Date Deed Recorded: MAY 3 '13
- C3. Book OR
- C4. Page
- C5. CRFN

### PROPERTY INFORMATION

1. **Property Location**: 4452 BROADWAY, MANHATTAN, 10040
2. **Buyer Name**: 4452 BROADWAY MAZAL LLC
3. **Tax Billing Address**: (Indicate where future Tax Bills are to be sent if other than buyer address)
4. **Indicate the number of Assessment Roll parcels transferred on the deed**: 2
   - 4A. Planning Board Approval - N/A for NYC
   - 4B. Agricultural District Notice - N/A for NYC
5. **Deed Property Size**: FRONT FEET X DEPTH OR ACRES
   - 6. Ownership Type is Condominium
   - 7. New Construction on Vacant Land
8. **Seller Name**: KIMSL 4452 BROADWAY LLC

9. Check the box below which most accurately describes the use of the property at the time of sale:
   - E ✓ Commercial

### SALE INFORMATION

10. **Sale Contract Date**: 1 / 31 / 2013
11. **Date of Sale / Transfer**: 4 / 29 / 2013
12. **Full Sale Price**: $7,300,000
13. **Indicate the value of personal property included in the sale**:

14. Check one or more of these conditions as applicable to transfer:
   - J ✓ None

### ASSESSMENT INFORMATION

15. **Building Class**: K1
16. **Total Assessed Value (of all parcels in transfer)**: 1,486,350
17. **Borough, Block and Lot / Roll Identifier(s)**:
   - MANHATTAN 2170 62
   - MANHATTAN 2170 400

2013041200104201O4

**CERTIFICATION** — I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

4452 Broadway (Nazar) BUYER
By: [signature]
BUYER SIGNATURE        DATE 4/29/2013

347 FIFTH AVENUE, SUITE 1303
STREET NUMBER    STREET NAME (AFTER SALE)

NEW YORK    NY    10016
CITY OR TOWN    STATE    ZIP CODE

BUYER'S ATTORNEY
LAW OFFICES OF
BENJAMIN F. KURSMAN
LAST NAME    FIRST NAME
212    996-5100
AREA CODE    TELEPHONE NUMBER

KIHSL 4452 Broadway LLC
By: KIHSL/Slane JV/LLC
SELLER SIGNATURE
By: KIHSL Investor Inc.
By: [signature]
Name: Scott Gerber
Title: Vice President
DATE 4/23/2013

2013041200104201





The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY 11373-5108

## Customer Registration Form for Water and Sewer Billing

**Property and Owner Information:**

(1) Property receiving service: BOROUGH: MANHATTAN       BLOCK: 2170       LOT: 62

(2) Property Address: 4452 BROADWAY, NEW YORK, NY 10040

(3) Owner's Name:    4452 BROADWAY MAZAL LLC

    Additional Name:

**Affirmation:**

 Your water & sewer bills will be sent to the property address shown above.

**Customer Billing Information:**

**Please Note:**

A. Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B. Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**. DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

**Owner's Approval:**

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner: 4452 Broadway Mazal LLC

Signature: By: _____   Date (mm/dd/yyyy) _____

Name and Title of Person Signing for Owner, if applicable:

SEE ATTACHED PAGE FOR ADDITIONAL APPLICABLE PROPERTIES

BCS-7CRF-ACRIS  REV. 8/08

2

2013041200104101



The City of New York
Department of Environmental Protection
Bureau of Customer Services
59-17 Junction Boulevard
Flushing, NY  11373-5108

## Customer Registration Form for Water and Sewer Billing

| Borough | Block | Lot | Street | City | State | Zip |
|---|---|---|---|---|---|---|
| MANHATTAN | 2170 | 400 | 44 FAIRVIEW AVENUE | NY | NY | 10040 |

2013041200104410102