# Exhibit O

**(Immediately Follows This Page)**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:

    4452 Broadway Mazal LLC,

                         Debtor.

Chapter 11

Case No. 23-11832-lgb

Hon. Lisa G. Beckerman
United States Bankruptcy Judge

------------------------------------------------------------x

**ORDER DESIGNATING DEBTOR A SINGLE ASSET**
**REAL ESTATE DEBTOR PURSUANT TO 11 U.S.C. § 101(51B)[1]**

    Upon the motion dated November 30, 2023 (the "Motion") [ECF No ___], of 4452 Broadway 1 LLC ("Secured Creditor"), by and through its attorneys, Kriss & Feuerstein LLP, for the entry of an order: (a) pursuant to 11 U.S.C. §§101(51B) and 105 declaring the above-captioned debtor, 4452 Broadway Mazal LLC (the "Debtor"), to be a single asset real estate business debtor and (b) granting such other and further relief as the Court deems just and proper; and a hearing on the Motion having been held on December 19, 2023 (the "Hearing") before the Honorable Lisa G. Beckerman, United States Bankruptcy Judge, at which Hearing counsel for the Debtor and counsel for the Secured Creditor appeared; and upon this Court finding that there was no objections to the Motion; and it appearing that the Debtor, the Office of the United States Trustee and all other parties entitled to notice were duly served with the Secured Creditor's Motion; and upon all of the pleadings and proceedings heretofore had herein; after due deliberation and sufficient cause appearing,

    **NOW, AFTER DUE DELIBERATION AND SUFFICIENT CAUSE APPEARING, IT IS HEREBY**

    **ORDERED,** that the Secured Creditor's Motion be, and hereby is, GRANTED; and it is further

---

[1] Capitalized terms used but not defined herein shall have the same meaning as in the Motion.

**ORDERED,** that the Court hereby determines that the Debtor is a "single asset real estate" business debtor pursuant to 11 U.S.C. §101(51B) and that the Debtor is subject to 11 U.S.C. §362(d)(3); and it is further

**ORDERED**, that this Order shall survive any conversion of this case to one under any other Chapter of Title 11 of the United States Code.

Dated:  New York, New York
        December __, 2023

                                                                                                                                                                                            _____
                                                                                                                                                                                          Hon. Lisa G. Beckerman
                                                                                                                                                                                           United States Bankruptcy Judge