**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **4452 BROADWAY MAZAL LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known) | **23-11832-lgb** |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 7, 2023**          X **/s/ Nir Amsel**
_____              _____
                                     Signature of individual signing on behalf of debtor

                                     **Nir Amsel**
                                     _____
                                     Printed name

                                     **Authorized Signatory**
                                     _____
                                     Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **4452 BROADWAY MAZAL LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | **23-11832-lgb** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| BBG, Inc. 8343 Douglas Avenue Suite 700 Dallas, TX 75225 | | | | | | $3,750.00 |
| Big Apple Testing, Inc. 100-03 94th Avenue Ozone Park, NY 11416 | | | | | | $2,450.00 |
| Con Edison 4 Irving Place New York, NY 10003 | | | | | | $11,770.62 |
| CT Corporation P.O. Box 4349 Carol Stream, IL 60197 | | | | | | $6,700.00 |
| Dagher Engineering, PLLC 29 Broadway New York, NY 10006 | | | | | | $12,676.00 |
| Domani Consulting 68 Whitehall Street Lynbrook, NY 11563 | | | | | | $22,059.13 |
| HUB International NE Trust PO BOX 414972 Boston, MA 02241-4972 | | | Disputed | | | $1,046,674.00 |
| JZN Engineering 99 Morris Avenue Springfield, NJ 07081 | | | | | | $9,965.25 |

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number *(if known)* | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Langan Engineering, Environ. Surveying, Landscape Architect 300 Kimball Drive Parsippany, NJ 07054** | | | | | | **$2,791.25** |
| **LRC Engineering & Surveying DP 160 West Street Suite E Cromwell, CT 06416** | | | | | | **$3,488.17** |
| **New York City Transit Auth 2 Broadway Room A1-09 New York, NY 10004** | | | | | | **$16,518.29** |
| **NYC Dept of Buildings 280 Broadway 4th Fl. New York, NY 10007** | | | | | | **$71,625.00** |
| **Open Space Labs Inc. 1533 Sanchez Street San Francisco, CA 94131** | | | | | | **$6,146.00** |
| **Platte, Klarsfeld and Levine, 10 East 40th Street 46th Floor New York, NY 10016** | | | | | | **$11,685.00** |
| **Severud Associates Consulting Engineers, P.C. 469 Seventh Avenue, 9th Floor New York, NY 10018** | | | | | | **$9,580.00** |
| **Smith, Gambrell & Russell Will Apartment 1301 6th Ave, 42nd Floor New York, NY 10019** | | | | | | **$75,000.00** |
| **Strategic Inspections 150 Main Street Suite 2 Port Washington, NY 11050** | | | | | | **$7,312.50** |

| Debtor | **4452 BROADWAY MAZAL LLC** | | Case number *(if known)* | **23-11832-lgb** |

Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Teal Becker & Chiaramonte 7 Washington Square Albany, NY 12205** | | | | | | **$20,000.00** |
| **The Blaikie Group 111 John Street Suite 1600 New York, NY 10038** | | | | | | **$15,137.00** |
| **Wolters Kluwer 400 W. Main Street Suite 405 Babylon, NY 11702** | | | | | | **$2,100.00** |

**Fill in this information to identify the case:**

Debtor name    **4452 BROADWAY MAZAL LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11832-lgb**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $     **56,700,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.........................................................................    $     **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...........................................................................    $     **56,700,000.00**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     **28,723,527.60**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $     **453,685.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................    +$     **1,879,838.05**

4.    **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b                    $     **31,057,050.65**

**Fill in this information to identify the case:**

Debtor name __**4452 BROADWAY MAZAL LLC**__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) __**23-11832-lgb**__

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**                **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

| Debtor | **4452 BROADWAY MAZAL LLC** | | Case number *(If known)* **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

---

**Part 7:       Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

**Part 8:       Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

---

**Part 9:       Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.       Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).**<br><br>Value subject to appraisal | | $0.00 | | $56,700,000.00 |

| | |
|---|---|
| **56.   Total of Part 9.**<br>Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. | **$56,700,000.00** |

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

---

**Part 10:       Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number *(If known)* | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  __4452 BROADWAY MAZAL LLC_____    Case number *(If known)*  __23-11832-lgb__
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $56,700,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $56,700,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,700,000.00 |

**Fill in this information to identify the case:**

Debtor name    **4452 BROADWAY MAZAL LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11832-lgb**

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **4452 Broadway 1 LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).** | **$27,016,564.00** | **$56,700,000.00** |

**2.1**  **4452 Broadway 1 LLC**
Creditor's Name

**520 Madison Ave
Suite 3501
New York, NY 10022**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No
☑ Yes. Specify each creditor,
including this creditor and its relative
priority.
**1. 4452 Broadway 1 LLC
2. Able Equipment Rental
3. AMR Electricial
Contracting
4. Banay Consultants
5. Broadway Const. Group
LLC
6. Fisher & Makooi
Architects
7. Christie Engineering
8. Hakeem Maintenance
Serv.
9. Herc Rentals Inc.
10. Kisav Construction
Services
11. MT Group LLC**

Describe debtor's property that is subject to a lien
**Real property known as 4452 Broadway, New
York, New York 10040 (Block 2170, Lots 62
and 400).**

**Value subject to appraisal**

Describe the lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2**  **Able Equipment Rental** | Describe debtor's property that is subject to a lien | **$32,982.44** | **$56,700,000.00** |

| Debtor | **4452 BROADWAY MAZAL LLC** | | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|---|
| | Name | | | |

Creditor's Name

Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).

**100 Stamford Place**
**Stamford, CT 06902**

Value subject to appraisal

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **AMR Electricial Contracting** | Describe debtor's property that is subject to a lien | **$31,595.00** | **$56,700,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).

**315 Jackson Ave**
**Bronx, NY 10455**

Value subject to appraisal

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Banay Consultants** | Describe debtor's property that is subject to a lien | **$14,250.00** | **$56,700,000.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).

**61-43 186th Street**
**Fresh Meadows, NY 11365**

Value subject to appraisal

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.5 | **Broadway Const. Group LLC** | Describe debtor's property that is subject to a lien | $1,292,613.51 | $56,700,000.00 |
| | Creditor's Name | **Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).** | | |

**45 Broadway
27th Floor
New York, NY 10006-3800**

Creditor's mailing address

**Value subject to appraisal**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.6 | **Christie Engineering** | Describe debtor's property that is subject to a lien | $11,058.00 | $56,700,000.00 |
| | Creditor's Name | **Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).** | | |

**66 York Street
Jersey City, NJ 07302**

Creditor's mailing address

**Value subject to appraisal**

**Describe the lien**

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.7** **Concrete Support Systems**
Creditor's Name

**66 Choice Road**
**Windsor Locks, CT 06096**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured by Bond**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00 | $0.00

---

**2.8** **Fisher & Makooi Architects**
Creditor's Name

**259 West 30th Street**
**Suite 401**
**New York, NY 10001**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

Describe debtor's property that is subject to a lien
**Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).**

**Value subject to appraisal**

Describe the lien
**Mechanic's Lien**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$22,000.00 | $56,700,000.00

---

**2.9** **Hakeem Maintenance Serv.**
Creditor's Name

**3 West 57th Street**
**New York, NY 10019**

Describe debtor's property that is subject to a lien
**Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).**

**Value subject to appraisal**

$52,643.00 | $56,700,000.00

---

Debtor    **4452 BROADWAY MAZAL LLC**                                    Case number (if known)    **23-11832-lgb**
_____                                          _____
Name

| Creditor's mailing address | Describe the lien |
|---|---|
| | **Mechanic's Lien** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.10 | **Herc Rentals Inc.** | Describe debtor's property that is subject to a lien | $34,768.90 | $56,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).** | | |
| | **27500 Riverview Center Blvd** | | | |
| | **Suite 100** | **Value subject to appraisal** | | |
| | **Bonita Springs, FL 34134** | | | |

| Creditor's mailing address | Describe the lien |
|---|---|
| | **Mechanic's Lien** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.11 | **Kisav Construction Services** | Describe debtor's property that is subject to a lien | $130,704.00 | $56,700,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400).** | | |
| | **808 Tuckahoe Road** | **Value subject to appraisal** | | |
| | **Yonkers, NY 10710** | | | |

| Creditor's mailing address | Describe the lien |
|---|---|
| | **Mechanic's Lien** |
| | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| Date debt was incurred | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

---

| Debtor | **4452 BROADWAY MAZAL LLC** | | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|---|
| | Name | | | |

---

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Men of Steel Enterprises** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Secured by Bond**

**2500 State Road, Unit A**
**Bensalem, PA 19020**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 3 | **Moncon Inc.** | Describe debtor's property that is subject to a lien | $0.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Secured by Bond**

**1460 Sheridan Blvd**
**Bronx, NY 10459**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.1 4 | **MT Group LLC** | Describe debtor's property that is subject to a lien | $84,348.75 | $56,700,000.00 |
|---|---|---|---|---|

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| Creditor's Name | Real property known as 4452 Broadway, New York, New York 10040 (Block 2170, Lots 62 and 400). |
|---|---|

**403 County Road, Unit 1
Cliffwood, NJ 07721**

Value subject to appraisal

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$28,723,527. 60** |
|---|---|

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Kriss & Feuerstein LLP
Attn:  Jerold Feuerstein
360 Lexington Ave, Suite 1200
New York, NY 10017** | Line _2.1_ | |
| **Peckar & Abramson, P.C.
1325 Avenue of the Americas
Attn:  Christopher B. Kinzel
New York, NY 10019** | Line _2.5_ | |

---

**Fill in this information to identify the case:**

Debtor name __4452 BROADWAY MAZAL LLC__

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known) __23-11832-lgb__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**NYC Department of Finance**<br>**One Centre Street**<br>**22nd Floor**<br>**New York, NY 10007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$453,685.00** | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | Last 4 digits of account number | Is the claim subject to offset? | | |
|  | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  |  | Amount of claim |
|---|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A. Esteban and Company**<br>**132 West 36th Street**<br>**New York, NY 10018** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$503.01** |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alexis Roman**<br>**c/o  David J. Kresman**<br>**Seven Penn Plaza, Suite 720**<br>**New York, NY 10001** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed | **Unknown** |
|  | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,750.00 |
|---|---|---|---|

**BBG, Inc.**
**8343 Douglas Avenue**
**Suite 700**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.00 |
|---|---|---|---|

**Big Apple Testing, Inc.**
**100-03 94th Avenue**
**Ozone Park, NY 11416**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Carlyle I Douglas Land**
**Surveying LLC**
**206 Lenox Road**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Citrin Cooperman & Company LLP**
**50 Rockefeller Plaza**
**New York, NY 10020**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,770.62 |
|---|---|---|---|

**Con Edison**
**4 Irving Place**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,700.00 |
|---|---|---|---|

**CT Corporation**
**P.O. Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,676.00 |
|---|---|---|---|

**Dagher Engineering, PLLC**
**29 Broadway**
**New York, NY 10006**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
| | Name | | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,982.10 |
|---|---|---|---|
| | **DL Partners**<br>**345 7th Avenue**<br>**23rd Fl.**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,059.13 |
|---|---|---|---|
| | **Domani Consulting**<br>**68 Whitehall Street**<br>**Lynbrook, NY 11563** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,315.00 |
|---|---|---|---|
| | **Fire Department of New York**<br>**Metrotech Center**<br>**Brooklyn, NY 11201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.93 |
|---|---|---|---|
| | **First Insurance Funding**<br>**1747 Veterans Memorial Hwy.**<br>**Ste. 22**<br>**Islandia, NY 11749** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,500.00 |
|---|---|---|---|
| | **First Service Residential**<br>**622 Third Avenue**<br>**New York, NY 10017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $97,693.67 |
|---|---|---|---|
| | **HAP Construction LLC**<br>**345 Seventh Avenue**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $222,770.04 |
|---|---|---|---|
| | **HAP Investments**<br>**345 Seventh Ave**<br>**New York, NY 10001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number *(if known)* | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,520.88 |
|---|---|---|---|

**HAP Venture Fund 3 LP**
**c/o HAP Investment**
**345 Seventh Ave**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,046,674.00 |
|---|---|---|---|

**HUB International NE Trust**
**PO BOX 414972**
**Boston, MA 02241-4972**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.71 |
|---|---|---|---|

**Hydrotech Environmental**
**231 West 29th Street**
**New York, NY 10001**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Internal Revenue Service**
**PO BOX 7346**
**Philadelphia, PA 19101-7346**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: FOR NOTICE PURPOSES ONLY.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,030.00 |
|---|---|---|---|

**Jack Jaffa & Associates Corp.**
**147 Prince Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,312.00 |
|---|---|---|---|

**JM Zoning**
**225 Broadway**
**13th Floor**
**New York, NY 10007**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,965.25 |
|---|---|---|---|

**JZN Engineering**
**99 Morris Avenue**
**Springfield, NJ 07081**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kisav Construction Services In**
**205-24 Murdock Ave**
**Saint Albans, NY 11412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,791.25

**Langan Engineering, Environ.**
**Surveying, Landscape Architect**
**300 Kimball Drive**
**Parsippany, NJ 07054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,488.17

**LRC Engineering & Surveying DP**
**160 West Street**
**Suite E**
**Cromwell, CT 06416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown

**MTB Architectural Metal & Glas**
**c/o J. Iandolo Law, PC**
**8213 Third Avenue**
**Brooklyn, NY 11209**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $146,822.50

**Nashey Equity LLC**
**c/o HAP Investment**
**345 Seventh Ave**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,518.29

**New York City Transit Auth**
**2 Broadway**
**Room A1-09**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**New York State Dept. of Financ**
**Attn:  Bankruptcy Special Proc**
**PO Box 5300**
**Albany, NY 12205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __FOR NOTICE PURPOSES ONLY.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $514.00 |
|---|---|---|---|

**NRAI INC**
**1209 Orange Street**
**Wilmington, DE 19801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|

**NYC Department of Sanitation**
**44 Beaver Street**
**New York, NY 10004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $71,625.00 |
|---|---|---|---|

**NYC Dept of Buildings**
**280 Broadway**
**4th Fl.**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**NYC Dept. of Finance**
**345 Adams Street, 3rd Fl.**
**Attn:  Legal Affairs**
**Brooklyn, NY 11201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **FOR NOTICE PURPOSES ONLY.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,146.00 |
|---|---|---|---|

**Open Space Labs Inc.**
**1533 Sanchez Street**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,685.00 |
|---|---|---|---|

**Platte, Klarsfeld and Levine,**
**10 East 40th Street**
**46th Floor**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Segundo Moyano**
**c/o Silberstein, Awad & Miklos**
**600 Old Country Road, Ste 505**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **4452 BROADWAY MAZAL LLC** | | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,580.00 |
|---|---|---|---|
| | **Severud Associates Consulting Engineers, P.C.** | ☐ Contingent | |
| | **469 Seventh Avenue, 9th Floor** | ☐ Unliquidated | |
| | **New York, NY 10018** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|
| | **Smith, Gambrell & Russell** | ☐ Contingent | |
| | **Will Apartment** | ☐ Unliquidated | |
| | **1301 6th Ave, 42nd Floor** | ☐ Disputed | |
| | **New York, NY 10019** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,312.50 |
|---|---|---|---|
| | **Strategic Inspections** | ☐ Contingent | |
| | **150 Main Street** | ☐ Unliquidated | |
| | **Suite 2** | ☐ Disputed | |
| | **Port Washington, NY 11050** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☐ No  ☐ Yes | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|
| | **Teal Becker & Chiaramonte** | ☐ Contingent | |
| | **7 Washington Square** | ☐ Unliquidated | |
| | **Albany, NY 12205** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,137.00 |
|---|---|---|---|
| | **The Blaikie Group** | ☐ Contingent | |
| | **111 John Street** | ☐ Unliquidated | |
| | **Suite 1600** | ☐ Disputed | |
| | **New York, NY 10038** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $793.00 |
|---|---|---|---|
| | **TSG Reporting, Inc.** | ☐ Contingent | |
| | **228 E 45th St** | ☐ Unliquidated | |
| | **Suite 810** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.00 |
|---|---|---|---|
| | **Wolters Kluwer** | ☐ Contingent | |
| | **400 W. Main Street** | ☐ Unliquidated | |
| | **Suite 405** | ☐ Disputed | |
| | **Babylon, NY 11702** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **4452 BROADWAY MAZAL LLC** | Case number (if known) | **23-11832-lgb** |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $55.00 |
|---|---|---|---|

**Zetlin & De Chiara LLP**
**801 Second Avenue**
**New York, NY 10017**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred __**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **CORP. COUNSEL FOR NYC**<br>**100 CHURCH STREET**<br>**New York, NY 10007** | Line **3.34**<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **Office of the Attorney General**<br>**28 Liberty St.**<br>**New York, NY 10005** | Line **3.30**<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **US ATTY OFFICE -SDNY**<br>**86 CHAMBERS STREET**<br>**ATTN:  TAX AND BANKRUPTCY**<br>**New York, NY 10007** | Line **3.20**<br><br>☐ Not listed. Explain ____ | __ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 453,685.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,879,838.05 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,333,523.05 |

**Fill in this information to identify the case:**

Debtor name   **4452 BROADWAY MAZAL LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **23-11832-lgb**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4 State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name   **4452 BROADWAY MAZAL LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **23-11832-lgb**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Amir Hasid** | **26 Vitkin Street**<br>**Tel Aviv, Israel** | **4452 Broadway 1 LLC** | ■ D   **2.1**<br>☐ E/F   <br>☐ G    |
| 2.2 | **Nir Amsel** | **Rupin 31**<br>**Tel Aviv, Israel** | **4452 Broadway 1 LLC** | ■ D   **2.1**<br>☐ E/F   <br>☐ G    |

**Fill in this information to identify the case:**

Debtor name    **4452 BROADWAY MAZAL LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **23-11832-lgb**

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    | --- | --- | --- |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    | --- | --- | --- | --- |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

    | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
    | --- | --- | --- | --- |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Debtor    **4452 BROADWAY MAZAL LLC**    Case number *(if known)* **23-11832-lgb**

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **4452 Broadway Mazal LLC v. Tax Commission of the City of New York, et al.**<br>264433/2023 | **Tax Certification** | **New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **4452 Broadway Mazal LLC v. Tax Commission of the City of New York, et al.**<br>264432/2023 | **Tax Certification** | **New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **MTB Architectural Metal & Glass v. 4452 Broadway Mazal LLC**<br>6540228/2023 | **Breach of Contract** | **New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Roman v. 4452 Broadway Mazal LLC et al**<br>161527/2021 | **Negligence** | **New York Supreme Court** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Moyano v. 4452 Broadway Mazal LLC et al**<br>29205 | **Negligence** | **Supreme Court, Bronx County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

Debtor    **4452 BROADWAY MAZAL LLC**    Case number *(if known)*    **23-11832-lgb**

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Leech Tishman Robinson Brog, PLLC**<br>**875 Third Avenue**<br>**New York, NY 10022** | | **11/16/23** | **$16,975.03** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

---

Official Form 207      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      page 3

Debtor   **4452 BROADWAY MAZAL LLC**                                      Case number *(if known)*   **23-11832-lgb**

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **4452 BROADWAY MAZAL LLC**    Case number *(if known)* **23-11832-lgb**

---

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.    **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.    **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.    **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

25.    **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |

---

Debtor    **4452 BROADWAY MAZAL LLC**                                    Case number *(if known)*  **23-11832-lgb**

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Ravit Doozli**<br>**345 Seventh Avenue**<br>**New York, NY 10001** | |
| 26c.2.  **Mark Vena, CPA**<br>**7 Washington Square**<br>**Albany, NY 12205** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **4452 Broadway Mazal Senior Mezzanine LLC** | **c/o HAP Investments 345 Seventh Ave New York, NY 10001** | **Sole Member** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor    **4452 BROADWAY MAZAL LLC**                                  Case number *(if known)* **23-11832-lgb**

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December  7, 2023**

**/s/ Nir Amsel**                                               **Nir Amsel**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Authorized Signatory**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re  **4452 BROADWAY MAZAL LLC**

Debtor(s)

Case No.  **23-11832-lgb**

Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 16,975.03 |
| Prior to the filing of this statement I have received | $ | 16,975.03 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December  7, 2023**

*Date*

**/s/ FRED B. RINGEL**
**FRED B. RINGEL**
*Signature of Attorney*
**LEECH TISHMAN ROBINSON BROG, PLLC**
**875 Third Avenue, 9th Floor**
**New York, NY 10022**
**(212) 603-6300**
*Name of law firm*

# United States Bankruptcy Court
## Southern District of New York

In re __4452 BROADWAY MAZAL LLC__

Debtor(s)

Case No. __23-11832-lgb__

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **4452 Broadway Mazal Senior Mezzanine LLC c/o HAP Investments 345 Seventh Ave New York, NY 10001** | | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Authorized Signatory** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __December 7, 2023__

Signature __/s/ Nir Amsel__
__Nir Amsel__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Southern District of New York

In re   **4452 BROADWAY MAZAL LLC**                              Case No.   **23-11832-lgb**

Debtor(s)                              Chapter   **11**


### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **4452 BROADWAY MAZAL LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**4452 Broadway Mazal Senior Mezzanine LLC
c/o HAP Investments
345 Seventh Ave
New York, NY 10001**


☐ None [*Check if applicable*]


**December  7, 2023**

Date

**/s/ FRED B. RINGEL**

**FRED B. RINGEL**

Signature of Attorney or Litigant

Counsel for   **4452 BROADWAY MAZAL LLC**

**LEECH TISHMAN ROBINSON BROG, PLLC**

**875 Third Avenue, 9th Floor
New York, NY 10022
(212) 603-6300**