GOTTESMAN, WOLGEL, FLYNN & WEINBERG, P.C.
11 Hanover Square, 4th Floor
New York, NY 10005
(212) 495-0100
Steven Weinberg, Esq.
Richard B. Demas, Esq.

*Attorneys for AMR Electrical Contracting Corp.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| 4452 BROADWAY MAZAL LLC, | Case No.: 23-11832 (LGB) |
| Debtor. | |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE that the undersigned appears for creditor AMR Electrical Contracting Corp. ("AMR"), and pursuant to Bankruptcy Rules 2002(g), 2002(i) and 9007, demands that all notices that are required to be given in this case, and all papers that are required to be served in this case be given to and served upon the undersigned, at the office, telephone number, facsimile number and e-mail addresses set forth below:

>Richard B. Demas, Esq.
>Gottesman, Wolgel, Flynn & Weinberg, P.C.
>11 Hanover Square, 4th Floor
>New York, NY  10005
>Telephone: (212) 495-0100
>rdemas@gottemanlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the papers referred to in the Rules specified above, but also includes, without limitation, Orders and notices of any application, motion, petition, pleading, request, complaint and demand, whether

-2-

formal or informal, whether written or oral, or whether transmitted or conveyed by mail, overnight delivery, electronic mail, telephone, facsimile, telex, telecopy or otherwise:

1. Which affects or seeks to affect in any way, any of AMR's rights or interests with respect to (a) the debtor, (b) property or proceeds thereof in which the trustee or debtor-in-possession may claim an interest, or (c) property or proceeds thereof in possession, custody or control of AMR's which the debtor may seek to use; or,

2. Which require or seek to require delivery of property, payment or any other conduct by AMR.

Dated: New York, New York
January 2, 2024

Gottesman, Wolgel, Flynn & Weinberg, P.C.
Attorneys for AMR Electrical Contracting Corp.

By: _____
Richard B. Demas, Esq.
11 Hanover Square, 4th Floor
New York, NY 10005
(212) 495-0100