**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

| | |
|---|---|
| In re: | Chapter 11 |
| 4452 BROADWAY MAZAL LLC, | Case No.: 23-11832 (LGB) |
| Debtor. | |

-----------------------------------------------------------X

<u>**SECOND AMENDMENT TO THE DISCLOSURE STATEMENT ORDER**</u>

**WHEREAS**, on February 14, 2024, the Court held a hearing on the Debtor's *Motion for Entry of an Order (i) Approving the Disclosure Statement, Fixing Time for Filing Acceptances or Rejections of the Plan, and Fixing the Time for the Confirmation Hearing; (ii) Approving Bid Procedures; and (iii) Granting Related Relief* (the "Motion") [ECF No. 41]; and

**WHEREAS**, on February 15, 2024, the Court entered an Order granting the Motion (the "Disclosure Statement Order") [ECF No. 80]; and

**WHEREAS**, on February 27, 2024, the Court entered an Order amending the Disclosure Statement Order (the "Amendment to the DS Order") [ECF No. 83][1].

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. No later than March 20, 2024, the Debtor shall file with the Court a supplement to the Disclosure Statement providing disclosure regarding the $1,002,000 received by the Debtor from Blakie & Company, any parties who may have claims to such funds or liens that attach to such funds, and how such funds will be dealt with in connection with the Plan (the "DS Supplement"). The DS Supplement shall be served by email and overnight mail on March 20, 2024 on all holders of claims and interests who received the Solicitation Package.

---

[1] All capitalized terms not otherwise defined herein shall have the same meaning ascribed to them in the Disclosure Statement Order.

1

2. The Voting Deadline is extended to March 25, 2024 at 4:00 p.m. (prevailing Eastern Time) (the "Revised Voting Deadline"). Any parties who have previously submitted a Ballot may submit a subsequent Ballot by the Revised Voting Deadline if they wish to change their vote with respect the Plan.

3. The Confirmation Objection Deadline is extended to March 25, 2024 at 4:00 p.m. (prevailing Eastern Time).

4. The first full ordered paragraph on page 5 of the Disclosure Statement Order is replaced by the following paragraph: "**ORDERED**, that the Confirmation Hearing shall commence before the **Honorable Lisa G. Beckerman, United States Bankruptcy Judge** on **March 27, 2024 at 10:00 a.m.** (prevailing Eastern Time) on Zoom for Government. The Confirmation Hearing is an evidentiary hearing, therefore, as outlined in the attached Zoom Procedures, Public Attendees (as defined in the Zoom Procedures) will not be able to attend the Confirmation Hearing." All Public Attendees are directed to contact Debtor's counsel should there be any objection to this change.

5. Except as expressly modified herein and by the Amendment to the DS Order, the Disclosure Statement Order remains in full force and effect.

6. The Court retains jurisdiction to resolve all matters arising under or related to the Disclosure Statement Order (as amended) and the implementation of this Order.

DATED: March 19, 2024
      New York, New York

                                  */s/ Lisa G. Beckerman*
                                  **HONORABLE LISA G. BECKERMAN**
                                  **UNITED STATES BANKRUPTCY JUDGE**